Jana Logan    171152
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 398-3354  Facsimile:  (619) 398-3355

Attorneys for Plaintiff
CALIFORNIA RECONVEYANCE COMPANY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA RECONVEYANCE COMPANY, a California corporation<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, acting through the Internal Revenue Service, et al.<br><br>    Defendants. | Case No.  2:07-CV-00774-WBS-EFB<br><br>ORDER ALLOWING APPEARANCE BY TELEPHONE FOR STATUS (PRETRIAL SCHEDULING) CONFERENCE |

IT IS ORDERED THAT:

Upon filing of a Request to Appear Telephonically on June 12, 2007 [Docket No. 25], Jana Logan of Kirby & McGuinn, A P.C., attorneys for Plaintiff, California Reconveyance Company, may appear by telephone for the Status (pretrial scheduling) Conference on July 16, 2007 at 2:00 p.m.

IT IS SO ORDERED.

Dated: June 15, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE