IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA RECONVEYANCE COMPANY,

      Plaintiff,                    CIV-S-07-0774 WBS EFB

  vs.

UNITED STATES OF AMERICA, et al.,

      Defendants.                <u>ORDER</u>
_____/

        Plaintiff's motion for entry of default judgment against defendants Donald Park, Raymond P. Lohmeier and KI Investments, LLC, came on regularly for hearing on September 12, 2007. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

        On September 24, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1    1.  The Findings and Recommendations filed September 24, 2007, are adopted in full;

2.  Plaintiff's application for entry of default judgment is granted against KI Investments, LLC, Donald Park, an individual, and Raymond P. Lohmeier, an individual;

3.  Defendants KI Investments, LLC, Donald Park, an individual, and Raymond P. Lohmeier, an individual, shall have no claim to the surplus funds and shall take nothing from the surplus funds; and,

4. Plaintiff California Reconveyance Company is discharged of all liability with respect to the surplus funds as to the defaulting defendants KI Investments, LLC, Donald Park, an individual, and Raymond P. Lohmeier, an individual.

DATED:  October 30, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE