Jana Logan       171152
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 398-3354  Facsimile:  (619) 398-3355

Attorneys for Plaintiff
CALIFORNIA RECONVEYANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA RECONVEYANCE COMPANY, a California corporation )<br><br>Plaintiff(s) )<br><br>v. )<br><br>UNITED STATES OF AMERICA, acting through the Internal Revenue Service, et al. )<br><br>Defendant(s) ) | Case No.  2:07-CV-00774-WBS-EFB<br><br>**STIPULATION FOR JUDGMENT FOR DISCHARGE OF TRUSTEE, CALIFORNIA RECONVEYANCE COMPANY, PAYMENT OF LEGAL FEES TO PLAINTIFF'S COUNSEL; RELEASE OF SURPLUS FUNDS TO RESPONDING DEFENDANTS; AND ORDER THEREON**<br><br>Judge:      Hon. William B. Shubb<br>Ctrm:<br>Magistrate<br>Judge:      Hon. Edmund F. Brennan<br>Ctrm.:      25 |

This Stipulation is entered into by and between Plaintiff, California Reconveyance Company, a California corporation ("CRC"), through its counsel of record, Kirby & McGuinn, A P.C., by Jana Logan, and defendants United States of America acting through the Internal Revenue Service., through its attorney of record, McGregor W. Scott, United States Attorney, by Justin S. Kim, Trial Attorney, Tax Division, United States Department of Justice and the state of California, Franchise Tax Board, through its attorneys of record, Edmund G. Brown, Jr., Attorney General, by Amy J. Winn, Deputy Attorney General.

The parties do hereby stipulate and agree as follows:

1.      Plaintiff  is, and at all times mentioned herein was, the successor trustee

1   under that certain deed of trust executed by David E. Rinker and Judith Ann Rinker,

2   husband and wife as joint tenants (collectively "Rinker").  The Rinkers' executed a deed

3   of trust against 21251 River Bluff Drive, Anderson, California 96007 (the "Property")

4   originally in favor of Long Beach Mortgage Company dba Financing USA, as

5   beneficiary, dated December 22, 1998, and recorded on January 6, 1999 as Instrument

6   No. 000398 in the Official Records of Shasta County, State of California (the "Trust

7   Deed").  The Trust Deed secured a promissory note in the original sum of $264,000.00

8   dated December 22, 1998 in favor of Long Beach Mortgage Company, dba Financing

9   USA (the "Note").

10          2.      On or about April 11, 2005, pursuant to its power of sale under the Trust

11   Deed, Plaintiff conducted a non-judicial foreclosure sale of the Property.  The Property

12   was sold to the highest bidder, a third party, and resulted in surplus funds in the amount

13   of $111,980.83.

14          3.      Defendants the United States of America, acting through the Internal

15   Revenue Service ("IRS") and State of California Franchise Tax Board ("FTB") answered

16   the complaint on July 2, 2007 and June 4, 2007 respectively.

17          4.      Defendant Donald Park, an individual, failed to answer, file any pleadings

18   or otherwise move in response to the Complaint with the time during which defendant

19   Donald Park was to answer or otherwise plead.  Default by Clerk as to Donald Park, an

20   individual, was entered on June 7, 2007 [Docket No. 24].

21          5.      Defendant KI Investments, LLP failed to answer, file any pleadings or

22   otherwise move in response to the Complaint with the time during which defendant KI

23   Investments, LLP to answer or otherwise plead.  Default by Clerk as to KI Investments,

24   LLP was entered on June 7, 2007 [Docket No. 24].

25          6.      Defendant Raymond P. Lohmeier, an individual, failed to answer, file any

26   pleadings or otherwise move in response to the Complaint with the time during which

27   defendant Raymond P. Lohmeier, an individual, was to answer or otherwise plead.

28

1  Default by Clerk as to Raymond P. Lohmeier was entered on June 7, 2007 [Docket No.
2  24].

3      7.    Defendant Northern California Collection Service, Inc. of Sacramento
4  signed a Disclaimer of Interest which was filed with this Court on May 16, 2007 [Docket
5  No. 12].

6      8.    Defendant Capital Associates Inc. signed a Disclaimer of Interest which was
7  filed with this Court on May 16, 2007 [Docket No. 13].

8      9.    Defendant Lake California Property Owners Association, Inc. signed a
9  Disclaimer of Interest which was filed with this Court on June 14, 2007 [Docket No. 27].

10     10.    On or about July 30, 2007, plaintiff moved for entry of default judgment
11  against non-responding defendants KI Investments, LLC, Donald Park and Raymond P.
12  Lohmeier.

13     11.    On October 30, 2007 the Court entered default judgment against defendants
14  KI Investments, LLC, Donald Park, an individual and Raymond P. Lohmeier, an
15  individual which provided that these defendants are not entitled to any portion of the
16  surplus Funds and which provided plaintiff with a discharge of all liability as to the
17  defaulted defendants with respect to the Surplus Funds.  This Stipulation makes no
18  provisions for KI Investments, LLC, Donald Park, an individual and Raymond P.
19  Lohmeier, an individual.

20     12.    David E. Rinker and Judith Ann Rinker are the former owners of the real
21  property that was foreclosed upon. They are also delinquent taxpayers. The Rinkers were
22  indebted to the IRS for unpaid income taxes. Notices of Federal tax liens were recorded
23  on February 1, 2000, July 31, 2000, October 8, 2002 and January 9, 2003 . The IRS filed
24  claims for $74,897.12 and $136,218.37.

25     13.    David E. Rinker and Judith Ann Rinker were delinquent in their payment
26  of taxes to the State of California.  Notice of State tax lien was recorded on January 19,
27  2000.  The FTB filed a claim for $15,260.00.

28

14.    The remaining parties, the IRS and the FTB are continuing to litigate their respective claims. Plaintiff CRC claims an interest in the surplus funds to the extend of its attorneys fees and costs in handling the matter.

15.    The remaining parties have reached an agreement as to the disbursement of the remaining surplus funds.

16.    CRC has been required to retain attorneys to file the instant interpleader action to determine which claimant is entitled to the surplus funds.

17.    Pursuant to California Code of Civil Procedure section 386.5, CRC is entitled to an award of attorneys' fees from the surplus funds interpled with the court.

18.    Rather than incur the expense of a motion for attorneys' fees, and because all claimants to the surplus funds are the only claimants to the surplus funds, the parties hereby stipulate and agree that CRC's attorneys, Kirby & McGuinn, A P.C., shall receive the sum of $9,407.31 as and for all legal fees and costs for representing the plaintiff in this matter.

19.    Surplus funds in the amount of $96,720.83, shall be paid to the Internal Revenue Service and the remaining surplus funds in the amount of $5,852.69 shall be paid to the State of California - Franchise Tax Board.

20.    With the exception of the payment of attorneys fees and costs to California Reconveyance Company, each side to bear their own attorney's fees and costs.

21.    Because CRC has the surplus funds in this interpleader action and the remaining surplus funds are being distributed to the remaining claimants, CRC is entitled to a discharge of all liability with respect to the surplus funds in this matter.  CRC and its attorneys shall not be required to participate as a party in the action after entry of the order approving this stipulation.

22.    All counsel signing on behalf of a client warrant to the other parties that he or she has authority to bind the parties represented and has obtained the requisite authority to execute this Stipulation on behalf of the said person(s).

1    23.   This stipulation may be executed in counterparts, each of which shall be

2    deemed an original.

3        **IT IS SO STIPULATED.**

4    Dated: __11/5/07_____        KIRBY & McGUINN, A P.C.

5

6                                       By: __/s/_____
                                            JANA LOGAN
7                                       Attorneys for Plaintiff California Reconveyance
                                        Company

8    Dated: __10/29/07_____        McGREGOR W. SCOTT
9                                       United States Attorney

10

11                                      By: /s/_____
                                            JUSTIN S. KIM
12                                          Trial Attorney, Tax Division
                                            U.S. Department of Justice
13                                      Attorneys for Defendant the United States of
                                        America

14   Dated: __10/28/07_____
15

16

17                                      By: /s/_____
                                            AMY J. WINN
18                                          Deputy Attorney General
                                        Attorneys for Defendant California Franchise
19                                      Tax Board

20                  * * * * * * * * * *

21                       **ORDER**

22       The Court, having reviewed the stipulation of the parties and good cause appearing

23   therefor, orders as follows:

24       1.   California Reconveyance Company, a California corporation, the former

25   trustee with respect to the foreclosure of the real property located at 21251 River Bluff

26   Drive, Anderson, California 96007 (the "Property"), is hereby released and discharged

27   of all liability with respect to the surplus funds generated from the sale of the Property

28

conducted on April 11, 2005.

     2.    Of the remaining surplus funds in the sum of $111,980.83 from the foreclosure sale of the Property, the sum of $9,407.31 shall be distributed to California Reconveyance Company's attorneys, Kirby & McGuinn, A P.C., 600 B Street, Suite 1950, San Diego, California 92101.

     3.    Surplus funds in the amount of $96,720.83, shall be paid to the Internal Revenue Service and the remaining surplus funds in the amount of $5,852.69 shall be paid to the State of California - Franchise Tax Board.

     4.    Upon entry of this Order, this case shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 6, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

California Reconveyance Company v USA, et al.          Case No.2:07-CV-00774-WBS-EFB

**STIPULATION FOR JUDGMENT FOR DISCHARGE OF TRUSTEE, CALIFORNIA RECONVEYANCE COMPANY, PAYMENT OF LEGAL FEES TO PLAINTIFF'S COUNSEL; RELEASE OF SURPLUS FUNDS TO RESPONDING DEFENDANTS; AND ORDER THEREON**